FILED

09 SEP 16 AM 9: 32

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Frank Angelo D'Alfonsi - # 146104

CV 09 80 261 MISC

_____/

**ORDER TO SHOW CAUSE**

It appearing that Frank Angelo D'Alfonsi has been suspended for one year and until restitution. Three years probation with conditions. If the period of actual suspension is 2 years or greater, remain suspended until shows proof of rehabilitation, fitness to practice, and learning and ability in the general law by the Supreme Court of California effective July 16, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 20, 2009 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Frank Angelo D'Alfonsi
Law Office of Frank A. D'Alfonsi
333 W Portal Ave. #B
San Francisco, CA 94127-1411